Probation Form No. 35 (1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

**UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF ARKANSAS**

UNITED STATES OF AMERICA

v.   Dkt. No.: 4:98CR00091-009 JMM

KARL WAYNE CLARK

On August 20, 1999, the above-named individual was sentenced for the offense of conspiracy to distribute cocaine, cocaine base, marijuana and PCP to a prison term of 66 months, with a 5-year term of supervised release to follow. In addition, the following special conditions were ordered: mandatory drug testing; substance abuse treatment; and a $100 special penalty assessment.

Upon release from prison Mr. Clark began supervision on July 18, 2003. Substance abuse treatment was successfully completed on February 1, 2005, and the special penalty assessment was paid in full on March 1, 2000. Mr. Clark has maintained employment and a stable residence for 48 months. The Court was previously notified on June 7, 2004, that Mr. Clark tested positive for marijuana on April 16 and 26, 2004. Since that violation, Mr. Clark has complied with all conditions of supervision. He has made progressive strides toward achieving supervision objectives and appears to pose no risk to public safety. His criminal history does not include any history of violence.

Mr. Clark meets the criteria for early termination recommended by the Judicial Conference Committee on Criminal Law under 18 U.S.C. § 3583 (e)(1); additionally, he has completed four year(s) of supervision as required by statute. Therefore, it is recommended that the term of supervision be terminated.

Respectfully submitted,

Brent J. Young
U.S. Probation Officer

Agree: _____
Assistant U.S. Attorney

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this ___27___ day of ___August___, _2007_.

_____
Honorable James M. Moody
United States District Judge